FILED
February 22, 2021
TN COURT OF
WORKERS' COMPENSATION
CLAIMS
Time 10:48 A.M. EASTERN

**TENNESSEE COURT OF WORKERS' COMPENSATION CLAIMS**
**BUREAU OF WORKERS' COMPENSATION**

| | | |
|---|---|---|
| TIMOTHY D. TURNER, | ) | |
| Employee, | ) | **DOCKET NO.** 2020-03-1295 |
| | ) | |
| v. | ) | **STATE FILE NO.** 70194-2020 |
| | ) | |
| G.UB.MK CONSTRUCTORS, INC. | ) | **RFA NO.** 2020258967 |
| | ) | |
| Employer, | ) | **DATE OF INJURIES: 08/29/14[1]** |
| | ) | |

---

## AGREED COMPENSATION ORDER OF DISMISSAL WITHOUT PREJUDICE

---

Upon Motion and Agreement of the parties and counsel, after telephonic mediation with Specialist Madeline Shelly on Tuesday, February 9, 2021, and the parties agreement to a Dismissal Without Prejudice of the Employee's alleged occupational exposure illnesses and/or injuries arising from the Employee's work for Employer, from time to time, between February 26, 2010 and August 29, 2014, as a commercial truck driver, the parties submit this Agreed Compensation Order for approval and entry by the Court of Workers' Compensation Claims.

While the parties dispute the compensability of the occupational exposures and illnesses alleged in this matter, the parties stipulate that the Employee has a third party tort suit pending arising from these same claims, and that the Employee is currently working fulltime, without restrictions, as a truck driver with a valid Class A license and

---

[1] The date of injury and compensability of this claim is disputed. For the purposes of the Petition for Benefit Determination in this matter, the date of injury used is the last date the Employee worked for the Employer.

1

DOT medical certificate, and wishes to preserve his right to re-file his workers compensation claim for occupational injuries and/or illnesses in the future.

WHEREFORE, based upon the agreement and stipulations of the parties at mediation, and the parties agreement that it is in the best interest of the Employee to dismiss Employee's claims of an occupational injury with the Employer, without prejudice to the refiling of same, should he become partially or totally incapacitated from working and provide medical proof that this incapacity is due to an occupational illness that is more than 50% related to the Employee's work for the Employer, considering all causes, pursuant to T.C.A § 50-6-102(14) (2019) and T.C.A. § 50-6-303(a).

The Court taxes the filing fee of $150.00 to G.UB.MK under Tennessee Compilation Rules and Regulations Rule 00800-02-21-.06 (2019), to be paid within five business days of the entry of this Order. In addition, G.UB.MK shall prepare and submit an SD-2 form within ten business days of the date of this Order.

IT IS SO ORDERED.

ENTERED ___February 22, 2021.___

*Lisa A. Lowe*
___Lisa A. Lowe___, JUDGE
Court of Workers' Compensation Claims

2

APPROVED FOR ENTRY:


BRIDGEFRONT LAW GROUP, LLC


_____
JOHN B. DUPREE, BPR#017339
616 W. Hill Avenue, 2nd Floor
Knoxville, Tennessee 37902
865-223-5184
Attorney for Employee



BERNSTEIN STAIR & McADAMS LLP


_____
KAREN G. CRUTCHFIELD, BPR #016651
W. TYLER CHASTAIN, BPR #016029
116 Agnes Road
Knoxville, Tennessee 37919
865-546-8030
Attorneys for Employer

## CERTIFICATE OF SERVICE

I certify that a copy of this Order was sent as indicated on February 22, 2021.

| Name | Mail | Fax | Via Email | Service sent to: |
|------|------|-----|-----------|------------------|
| John D. Dupree, Employee's Attorney | | | X | johnbdupree14@gmail.com |
| Karen G. Crutchfield, Employer's Attorney | | | X | kcrutchfield@bsmlaw.com |

_Penny Shrum_

Penny Shrum, Court Clerk
Wc.courtclerk@tn.gov